HENUY v. LA COMPAGNIE GENERALE TRANSATLANTIQUE ETC.

(Circuit Court, S. D. New York. April 15, 1899.)

JURISDICTION OF FEDERAL COURTS—FEDERAL QUESTION—PLEADINGS.

A federal question, to give a circuit court of the United States jurisdiction, either original or by re    al from a state court. must appear by the plaintiff's statement to be a      v part of his claim.1

On M   i   for Reargument.

Edw    Jones, for the motion.

M. C. Fleming, opposed.

LACOMBE, Circuit Judge. "It is thoroughly settled that under the act of Augus  88, the circuit court of the United States has no jurisdiction,     original or by removal from a state court, of a suit as one arising under the constitution, laws, or treaties of the United States, unless that appears by the plaintiff's statement to be a necessary part of his claim." Railway Co. v. Lewis (March 20, 1899) 19 Sup. Ct. 451. A careful re-examination of the complaint wholly fails to disclose any provision of constitution, statute, or treaty which is made by such complaint a necessary part of plaintiff's claim. The former decision, remanding the cause, will not be disturbed.